JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM BRADSHAW, | ) | Case No. SACV 05-1026 CAS(JC) |
| | ) | |
| Petitioner, | ) | (PROPOSED) |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ANTHONY KANE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: November 12, 2009

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE